☐AO 93    (Rev. 12/03) Search Warrant

**RECEIVED**
AUG 02 2013
CLERK, U.S. DISTRICT COURT
FAIRBANKS, AK

# UNITED STATES DISTRICT COURT

District of | Alaska

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

## SEARCH & SEIZURE WARRANT

Express Mail EI 711268865 US, bearing meter number 00060708-09 in the amount $71.60, addressed to "Ms D. Qilaqusuk, Box 128, Kaktovik, Alaska, 99747, from "I Soplu, Box 60545, Fai, AK 99706."

Case Number: 4:13-mj-00034-SAO

TO: ANY U.S. POSTAL INSPECTOR OF THE U.S. POSTAL INSPECTION SERVICE (USPIS) or any Authorized Officer of the United States

Affidavit(s) having been made before me by Justin M. Page / Affiant who has reason to believe

that ☐ on the person of, or ☒ on the premises known as (name, description and/or)

The above described article, currently located at the Fairbanks Main Post Office, 5400 Mail Trail Road, Fairbanks, AK 99709.

in the _____ District of Alaska there is now concealed a certain property, namely (describe the person or property)

Narcotic controlled substances, namely cocaine, marijuana, methamphetamine, heroin, and/or proceeds from sale of controlled substances in violation of Title 21 Section 841(a)(1) and 843(b) and Title 18 Section 1716.

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the property so described is now concealed on the premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before August 10, 2013
Date

(not to exceed 10 days) the place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime — 6:00 AM to 10:00 P.M. ☐ at anytime in the day or night as I find reasonable cause has been established

established and if the property be found there to seize same, leaving a copy of this warrant and receipt for the property taken, and prepare a written inventory of the property seized and promptly return this warrant to _____ as required by law.

U.S. Magistrate Judge (Rule 41 (f)(4))

August 1, 2013 at 4:10 pm    at Fairbanks, AK
Date and Time Issued                    City and State

Scott A. Oravec / U.S. Magistrate Judge
Name and Title of Judge

Redacted Signature



| AO 93 | (Rev. 12/03) Search Warrant (Reverse) | | |
|---|---|---|---|
| **RETURN** | | Case Number: | 4:13-mj-00034-SAO |
| DATE WARRANT RECEIVED | DATE AND TIME WARRANT EXECUTED | | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH |
| 8/1/2013 | 8/1/2013 5:42 PM | | |
| INVENTORY MADE IN THE PRESENCE OF | | | |
| INSPECTOR KIM DALLAS | | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

(6) 750 ml bottles of RICH & ROYAL WHISKEY.

JWP   JWP

JWP   JWP

## CERTIFICATION

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Redacted Signature         USPIS

Justin M. Page

Subscribed, sworn to, and returned before me this date.

Redacted Signature

Signature of Judge         August 2, 2013
                          Date